In re:                              ) CASE NO: 10-48957-659  Chapter 13
     JOSEPH EMIL SALMAN          )
                            ) Trustee's Objection to Confirmation
     MELISSA MARIE SALMAN        )
                            ) Original confirmation hearing
                 Debtor(s)  ) set for Oct 28, 2010 10:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee,  and
for his objection to confirmation states as follows:

 1. The plan does not provide sufficient funds to pay all creditors
    entitled to full payment, including fair market value of secured
    claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
 2. The set monthly payments to be made by the Trustee exceed the plan
    payment.
 3. Debtor's attorney elects the flat fee, but the 2016(b) form
    excludes certain services that should be provided under the flat
    fee election.
 4. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs.
    1321 & 1325(a)(3)) because:
    PLAN DOES NOT ADDRESS POST PETITION PAYMENTS ON 2ND
    MORTGAGE AND CONTAINS INSUFFICIENT FUNDS TO PAY THIS
    DEBT IN FULL.  TRUSTEE NOTES PARAGRAPH 10 CONTEMPLATES
    A LIEN STRIPPING ACTION.
 5. SCHEDULE C CLAIMS EXCESS VEHICLE EXEMPTION (MAXIMUM
    $6000) AND HEAD OF HOUSEHOLD (MAXIMUM $1950).

    **WHEREFORE** the Trustee prays the Court  enter  its  order  denying
confirmation of the proposed plan.


                                 /s/ John V. LaBarge, Jr.
KLW-221                              --------------------------------
                                 John V LaBarge Jr
Copy served on the following either   Chapter 13 Trustee
through the Court's ECF system or by   P.O. Box 430908
ordinary mail on September 16, 2010:   St. Louis, MO 63143    (314) 781-8100
                                 trust33@ch13stl.com   Fax:(314) 781-8881
GOLDBERG LAW FIRM LLC
6901 GRAVOIS AVE
ST LOUIS MO  63116


JOSEPH EMIL & MELISSA MARIE SALMAN
5610 MCILROY CT
ST LOUIS MO  63128