B6C (Official Form 6C) (04/10)

*Amended*

In re  Joseph Emil Salman & Melissa Marie Salman  Case No. 10-48957
       Debtor                                     (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Single family home at 5610 McIlroy Ct. in St. Louis, MO 63128 purchased in 1994 for $118,000. Arrears are approximately $7000.; no payments to second mortgage, pre or post petition, Debtors to strip lien. | RSMo §513.475. | 15,000.00 | 145,000.00 |
| 2 Checking accounts & 1 savings with Regions Bank containing direct deposit paychecks. | RSMo §525.030(2)(a) 90% of wages direct deposited | 102.00 | 102.00 |
| Household furnishings | RSMo §513.440 | 2,500.00 | 2,500.00 |
| Clothing | RSMo §513.440 | 300.00 | 300.00 |
| 1 Wedding band & 1 gold necklace | RSMo §513.430 (2) | 2,000.00 | 75.00 |
| 1 Wedding ring, 1 cross necklace, costume jewelry | RSMo §513.430 (2) | 2,000.00 | 300.00 |
| 1 pistol and 1 shotgun for protection. | RSMo §513.430 (1) | 250.00 | 250.00 |
| 401(k) through employer | RSMo §513.430 (10)(f) | 9,000.00 | 9,000.00 |
| 2008 Nissan Altima with 20,000 miles; 4-door base model. | RSMo §513.430 (5) | 3,000.00 | 9,500.00 |
| 2008 Nissan Altima with 25,000 miles; 2-door base model.. | RSMo §513.430 (5) | 3,000.00 | 10,800.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6 (Official Form 6 - Declaration) (12/07)

**Amended**

In re  Joseph Emil Salman & Melissa Marie Salman
         Debtor

Case No. 10-48957
              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 12, 2010__          Signature: __/s/ Joseph Emil Salman__
                                              Debtor:

Date __October 12, 2010__          Signature: __/s/ Melissa Marie Salman__
                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____          _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri

In re:

**Joseph Emil Salman & Melissa Marie Salman**

Case No. 10-48957
Chapter 13

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept thus far         $ 3,000.00
                                                                  1,000.00
   Prior to the filing of this statement I have received        $ 2,000.00

   Balance Due is to be determined after attornry fee billing and Oder of the Court; the above amount is in Attorney Trust account and no distibution for Attorney feesfrom this amount, $25,000, until ordered by the Court.

2. The source of the compensation paid to me was:
   ☒ Debtor     ☐ Other:
   (specify) A female friend of the company, not an insider, not an employy or owner, submitted the funds to this attorney from her own personal account. Due to emergency filing and time constraints, status of loan or gift to be determined upon proper motion if necessary.

3. The source of compensation to be paid to me is:
   ☒ Debtor     ☐ Other (specify) Any future attorney fees will come from
   the Debtor after Order from the Court

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, incl uding:
   a. ☒ Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. ☒ Preparation and filing of any petition, schedules, statements of affairs and plan w hich may be required;
   c. ☒ Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ☐ Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## (Continued)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| October 12, 2010 | | /s/Nathan H. Goldberg |
|---|---|---|
| Date | | Signature of Attorney |
| | *Name of law firm* | Goldberg Law Firm, LLC<br>6901 Gravois<br>St. Louis, MO 63116<br>314-771-1900 fax 314-771-1903<br>nathan@goldberglawllc.com |